UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE BENTLEY,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No.  1:22-cv-01373-ADA-EPG (SS)<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF<br><br>(ECF No. 15) |

      Plaintiff Chase Bentley and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on April 4, 2023.  (ECF No. 15.)  They agree that, on remand, "the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record."  (*Id.* at 1.)  The parties further stipulate that judgment shall be entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.  (*Id.*)

      Accordingly,

      1.    The stipulation of the parties, (ECF No. 15), is granted;

      2.    The matter is remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g);

3. Plaintiff's Motion for Summary Judgment, (ECF No. 13), is terminated as moot; and

4. The Clerk of Court is directed to enter judgment in favor of Chase Bentley and against Kilolo Kijakazi, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   April 12, 2023

_____
UNITED STATES DISTRICT JUDGE